# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KENNETH WAYNE PULLEN, JR.,                          PLAINTIFF

V.                      3:13CV00162 BRW/JTR

SAMMIE JOHNSON, Nurse,
Greene County Detention Center, et al.                      DEFENDANTS

## ORDER

Plaintiff has filed a Statement notifying the Court that he has been released from custody and is currently residing at a private address in Osceola, Arkansas. *Doc. 20.* In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a freeworld Application to Proceed *In Forma Pauperis.*

2. Plaintiff must file, **within thirty days of the entry of this Order**, a freeworld Application to Proceed *In Forma Pauperis.*

3. Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

Dated this 1st day of November, 2013.

                                    /s/ J. Thomas Ray
                            UNITED STATES MAGISTRATE JUDGE