**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KENNETH WAYNE PULLEN, JR.;**
**ADC #656328**                                                                                      **PLAINTIFF**

**VS.**                                                **3:13-CV-00162-BRW-JTR**

**SAMMIE JOHNSON, Nurse,**
**Greene County Detention Center, et al.**                                        **DEFENDANTS**


**ORDER**

On April 7, 2014, Plaintiff was ordered to file a response to defendants' motion for summary judgment within thirty days. *Doc. 35.* Plaintiff did not receive a copy of that Order because he was released from jail, without providing a forwarding address. *Doc. 36.* It, however, was Plaintiff's obligation to maintain a valid mailing address with the Court, and he was previously informed of the consequences of failing to do so. *See Doc. 3;* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). Without a valid mailing address, the Court and opposing counsel cannot communicate with Plaintiff or proceed with this case.

IT IS THEREFORE ORDERED THAT:

1.      The case is dismissed without prejudice due to a lack of prosecution.

2.      Defendants' motion for summary judgment (Doc. 32) is dismissed as moot.

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 29<u>th</u> day of July, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE