IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENNETH WAYNE PULLEN, JR.;**
**ADC #656328**                                                                      **PLAINTIFF**

**VS.**                              **3:13-CV-00162-BRW-JTR**

**SAMMIE JOHNSON, Nurse,**
**Greene County Detention Center, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauauperis* appeal would not be taken in good faith.

Dated this 29th day of July, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE